JOHN G. AVERY, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued December 9, 1889; decided December 20, 1889.)

APPEAL from order of the General Term of the Superior Court of the city of Buffalo, made the second Monday of June, 1889, which set aside as unauthorized a demurrer interposed by defendant to a reply to its answer herein.

*James F. Gluck* for appellant.

*Truman C. White* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

GEORGE T. NEWHALL, Respondent, *v.* WILLIAM H. APPLETON et al., Appellants.

(Argued December 9, 1889; decided December 20, 1889.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made June 28, 1889, which reversed an order of Special Term directing plaintiff to file additional security for costs.

*Edward Winslow Paige* for appellants.

*William W. Badger* for respondent.

Agree to dismiss; no opinion.
All concur.
Appeal dismissed.